ACCEPTED
04-15-00125-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
8/12/2015 6:32:54 PM
KEITH HOTTLE
CLERK

## Nos. 04-15-00124-CR

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE COURT OF APPEALS** |
| **VS.** | § | **FOURTH JUDICIAL DISTRICT** |
| **HECTOR RAMIREZ GUTIERREZ** | § | **BEXAR COUNTY, TEXAS** |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
08/12/15 6:32:54 PM
KEITH E. HOTTLE
Clerk

### MOTION FOR EXTENSION OF TIME
### TO FILE MOTION TO DISMISS APPEAL

From the 226th District Court of Bexar County, Texas
Trial Court No. 2013-CR-2894-W1
Hon. Kevin O'Connell, Judge Presiding

In accordance with Tex. R. App. P. 10.5(b), the undersigned submits the following:

On Monday August 10, 2015, the date on which Appellant's Opening Brief was due, Appellant's counsel filed a Motion to Dismiss Appeal. However, counsel was unable to get Appellant's signature in time for the filing of the motion. Appellant is currently out of the country, having been deported to Mexico as a result of his criminal conviction. Late last week, Appellant's counsel spoke with Appellant, and after weighing his options, Appellant made the decision to withdraw his appeal. Because of Appellant's location, counsel was unable to secure Appellant's signature in time for the filing of the motion. Counsel did not want to simply allow the briefing deadline to pass without submitting something to apprise the Court of Appellant's decision.

Appellant's counsel has spoken with the Clerk of this Court and has been made aware that since the Motion does not bear Appellant's signature, it must be rejected, and the proper course of action is to request time to obtain Appellant's signature and submit it once complete. Appellant would respectfully request, that he be granted fourteen (14) days for the sole purpose of filing a Motion to Dismiss Appeal, due on August 26, 2015.

WHEREFORE, PREMISES CONSIDERED, Appellant respectfully requests that this Court grant the requested extension.

Respectfully submitted,

Robert A. Jimenez
De Mott, McChesney, Curtright & Armendariz, LLC.
800 Dolorosa Street, Suite 100
San Antonio, Texas 78207
210/354-1844
210/212-2116 - fax

By:    <u>/s/ Robert A. Jimenez</u>
       SBN: 24059125

## CERTIFICATE OF SERVICE

I hereby certify that on this the 12th day of August, 2015 a copy of the foregoing "Motion for Extension of Time to File Appellant's Opening Brief" has been electronically filed with this Court, and will be served to the Bexar County District Attorney's Office on August 13, 2015.

/s/ ROBERT A. JIMENEZ